IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES CORNN, et al.,

                Plaintiffs,

          v.

UNITED PARCEL SERVICE, INC., et al.,

                Defendants.

NO. C03-2001 TEH

ORDER RE: DISCOVERY

    This order re-confirms the Court's April 6, 2004 appointment of Edward Swanson, Esq., of Swanson & McNamara, LLP, as Special Master to supervise and preside over all remaining discovery in this case. All provisions of the Court's April 6, 2004 order shall remain in effect, except that the Special Master's hourly fee has increased from $300.00 to $350.00.

    The parties' immediate priority, and that of the Special Master should the parties need his assistance, shall be to develop a discovery plan relating to Defendant United Parcel Service's intended motions for summary judgment and class decertification. This shall include establishing the scope of absent class member discovery. As the Court informed the parties at the December 5, 2005 case management conference, the Special Master shall have the authority to exercise his discretion in granting appropriate discovery beyond the number of depositions and interrogatories provided for by the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: 12/08/05

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT