United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES CORNN, et al.,

            Plaintiffs,

     v.

UNITED PARCEL SERVICE, INC., et al.,

            Defendants.

NO. C03-2001 TEH

ORDER RE: PROPOSED CLASS NOTICE

     The Court is in receipt of the parties' stipulation regarding the form of class notice and notice plan. While the notice and plan are generally acceptable, the Court has identified two misstatements that must be corrected:

     1. On page 1, paragraph 2, the notice states that it "is being sent to you by the United States District Court." This is incorrect; the notice, while authorized by the Court, is sent by class counsel and not the Court. The Court proposes starting this paragraph with, "This class notice describes the class case being pursued against UPS." The following paragraph already explains that the notice is authorized by the Court and is not a solicitation from a lawyer.

     2. The answer to question 28 on page 6 states that class members "will receive notice from the Court of any decertification of the class, settlement, voluntary dismissal, compromise, or final judgment if it affects you as a Class Member." Again, this statement is incorrect. The Court will not send notices directly to class members; instead, it is the responsibility of class counsel to distribute such notices. The Court therefore suggests replacing "the Court" with "class counsel" in the answer to question 28.

     Because the Court cannot approve the notice as submitted, IT IS HEREBY ORDERED that the parties shall make changes addressing the Court's concerns and re-

submit their stipulation and proposed order, along with the revised class notice, on or before **Friday, January 20, 2006.**

**IT IS SO ORDERED.**

Dated:  01/13/06

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT