WILLIAM A. KERSHAW, SBN 57486
LYLE W. COOK, SBN 148914
Kershaw, Cutter & Ratinoff, LLP
980 9th Street, 19th Floor
Sacramento CA 95814
Telephone: (916) 448-9800
Facsimile:  (916) 669-4499

WENDY C. YORK, SBN 166864
BRANDON MCKELVEY, SBN 217002
York Law Corporation
2295 Gateway Oaks Drive, Suite 165
Sacramento CA 95833
Telephone: (916) 643-2200
Facsimile:  (916) 643-4680

SCOTT EDWARD COLE, SBN 160744
Scott Cole & Associates, APC
1970 Broadway, Suite 950
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030

*Attorneys for PLAINTIFFS*

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CORNN, ERIC DUVOE, KIM MARCHANT, individually, and on behalf of all other similarly situated current and former employees of UPS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., dba UPS, an Ohio corporation; JOHN NADDY, an individual, and DOES 1 through 150, inclusive,<br><br>Defendant. | CASE NO. C03-2001 TEH<br><br>STIPULATION REGARDING THE FORM OF CLASS NOTICE AND NOTICE PLAN; [PROPOSED] ORDER |

## STIPULATION

WHEREAS, on March 14, 2005, the Court entered an Order Granting in Part and Denying in Part Plaintiff's Motion for Class Certification;

1

WHEREAS, on August 26, 2005, the Court entered an Order Denying Plaintiffs' Motion for Class Certification of Early Morning Work Claim;

WHEREAS, on October 5, 2005, the Court entered an Order Granting in Part and Denying in Part Defendant's Motion for Reconsideration;

WHEREAS, the parties have worked cooperatively to develop a form of class notice and a notice plan, which conform both to this Court's certification orders and the class action notice requirements set forth in Rule 23 of the Federal Rules of Civil Procedure, including the requirement to give the best notice practicable under the circumstances;

WHEREAS, on January 12, 2006 the parties submitted a stipulation regarding the form of class notice and notice plan to the Court for approval;

WHEREAS, on January 13, 2006, the Court entered an Order Re: Proposed Class Notice identifying two statements requiring correction in the form of notice proposed by the parties, which have now been corrected.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, as follows:

(1)  A true and correct copy of the agreed upon form of class notice is attached hereto as Exhibit A.

(2)  United Parcel Service, Inc. ("UPS") agrees to provide to class counsel an electronic mailing list by January 23, 2006, which identifies each hourly California employee of UPS whose job responsibilities during the period February 6, 1999 to March 14, 2005 included delivering or moving packages by driving on road. This includes all drivers designated by UPS as Package-Car or Feeder drivers, as well as Combination drivers and Utility drivers whose job responsibilities included those of Package-Car or Feeder drivers.

(3) In preparing the electronic mailing list, UPS agrees to provide class counsel with its most current mailing information for each class member, including: (a) name; (b) address or P.O. Box; (c) city; (d) state; (e) zip code; (f) telephone number; and (g) Social Security number.

(4) Plaintiffs agree to keep all driver data and mailing list information confidential pursuant to the parties' Confidentiality Agreement and Stipulated Protective Order herein.

(5) Plaintiffs agree to disseminate by first class mail a copy of the approved notice to each identified class member by February 2, 2006.

Dated: 1/20/06

_____
WILLIAM A. KERSHAW
*Class Counsel*

Dated: 1/20/06

_____ by WAK
WENDY C. YORK
*Class Counsel*

Dated: 1/19/06

_____
ANNETTE RITTMULLER
*Attorney for Defendant UPS*

3

## **ORDER**

Having reviewed and considered the stipulation of the parties, and having considered the adequacy of the agreed upon form of class notice, and having evaluated the parties' notice plan, the Court finds that the proposed class notice and notice plan comply with Rule 23 of the Federal Rules of Civil Procedure, and otherwise satisfy class action notice requirements.

Accordingly, IT IS HEREBY ORDERED THAT:

(1) The agreed upon form of class notice attached hereto as Exhibit A is approved for mailing ("Approved Notice").

(2) UPS shall provide to class counsel an electronic mailing list that identifies each hourly California employee of UPS whose job responsibilities during the period February 6, 1999 to March 14, 2005 included delivering or moving packages by driving on road. This includes all drivers designated by UPS as Package-Car or Feeder drivers, as well as Combination drivers and Utility drivers whose job responsibilities included those of Package-Car or Feeder drivers. This mailing list shall be provided to class counsel by January 23, 2006.

(3) The mailing list provided by UPS shall include its most current mailing information for each class member, including: (a) name; (b) address or P.O. Box; (c) city; (d) state; (e) zip code; (f) telephone number; and (g) Social Security number.

(4) Plaintiffs shall keep all driver data and mailing list information confidential pursuant to the parties' Confidentiality Agreement and Stipulated Protective Order herein.

(5) Plaintiffs shall disseminate by first class mail a true and correct copy of the Approved Notice to each class member identified in the mailing list provided by

1       UPS. This shall be done by February 2, 2006.

2   (6)    Class members will be given 60 days to opt out of the class. Accordingly, the last day to opt out shall be April 3, 2006.

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: 01/23/06

THE HONORABLE THELTON E. HENDERSON

Judge Thelton E. Henderson