IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CORNN, et al.,<br><br>               Plaintiffs,<br><br>   v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>               Defendant. | NO. C03-2001 TEH<br><br>ORDER RESCHEDULING HEARING ON DEFENDANT'S OBJECTIONS TO SPECIAL MASTER'S DECISION DENYING DEFENDANT'S SECOND REQUEST TO DEPOSE ABSENT CLASS MEMBERS |

The Court is in receipt of objections filed by Defendant United Parcel Service, Inc. ("UPS") to the Special Master's June 21, 2006 decision denying UPS's second request to depose absent class members. To accommodate the Court's calendar, the hearing on UPS's objections is hereby continued to **Monday, September 11, 2006, at 10:00 AM.** The briefing schedule shall not be altered by this change in hearing date; thus, Plaintiffs' opposition continues to be due on **August 7, 2006**, and UPS's reply continues to be due on **August 14, 2006**.

**IT IS SO ORDERED.**

Dated: 07/18/06

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT