IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CORNN, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>　　　　　　Defendant. | NO. C03-2001 TEH<br><br>ORDER REQUIRING SUPPLEMENTAL DECLARATIONS AND BRIEFING RE: COSTS |

Plaintiffs' motion for final approval of the class action settlement, plan of distribution, award of attorneys' fees, reimbursement of costs, and service awards for representative Plaintiffs is set for hearing before this Court on April 9, 2007. The Court has reviewed Plaintiffs' moving papers and supporting declarations and now requests supplemental declarations and briefing in support of Plaintiffs' request for costs. While the Court does not question Plaintiffs' entitlement to costs, the declarations submitted – which contain only a total amount incurred by each of Plaintiffs' counsel's firms – are insufficient for this Court to evaluate whether Plaintiffs' request is reasonable. Accordingly, IT IS HEREBY ORDERED that Plaintiffs shall submit supplemental declarations to provide this Court with a breakdown of the costs for which they seek reimbursement.

In addition, because the Kershaw firm requests $15,000 in estimated future costs, Plaintiffs shall include in their declarations a breakdown of how these funds are anticipated to be spent. Plaintiffs shall also submit a supplemental brief citing authority for awarding future estimated costs in addition to costs actually incurred. Plaintiffs' supplemental declarations and briefing shall be filed no later than **Monday, March 26, 2007.**

**IT IS SO ORDERED.**

Dated: 03/16/07

　　　　　　　　　　　　　　　　　　　　
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT